UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
.
ARMIN SANABRIA-ALZERRECA, *et al.*,                                :
:
                             Plaintiffs,                           :
:                           25 Civ. 8351 (JPC)
             -v-                                                   :
:                                ORDER
KRISTI NOEM, *et al.*,                                             :
:
                             Defendants.                           :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 5, 2026, the Court extended Defendants' deadline to answer the Complaint to March 9, 2026, after the Government stated that the additional time may lead to a consensual resolution of the matter.  Dkt. 25.  That deadline has passed, and the docket does not reflect any response to the Complaint.  Defendants shall respond to the Complaint by March 13, 2026.

    SO ORDERED.

Dated: March 10, 2026
       New York, New York                       _____
                                                     JOHN P. CRONAN
                                                United States District Judge