UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

ARMIN SANABRIA-ALZERRECA, *et al.*,     :

                  Plaintiffs,      :

                                     :             25 Civ. 8351 (JPC)

        -v-                    :

                                     :                ORDER

KRISTI NOEM, *et al.*,         :

                                     :

                  Defendants.     :

                                     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 10, 2026, the Government filed a pre-motion letter pursuant to Rule 6.A of the Court's Individual Rules and Practices in Civil Cases requesting a pre-motion conference regarding the Government's anticipated motion to dismiss this action for lack of jurisdiction.  Dkt. 27.  Rule 6.A requires a response letter no later than three business days after the initial letter's submission.  The docket does not reflect a response from Plaintiffs.

By March 19, 2026, Plaintiffs shall respond to the Government's pre-motion letter.

SO ORDERED.

Dated: March 16, 2026
      New York, New York                            JOHN P. CRONAN
                                          United States District Judge