UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                           :

ARMIN SANABRIA-ALZERRECA, *et al.*,        :

                Plaintiffs,      :

                           :          25 Civ. 8351 (JPC)

       -v-                :

                           :             ORDER

KRISTI NOEM, *et al.*,               :

                           :

              Defendants.   :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has reviewed the parties' pre-motion letters with regard to the Government's anticipated motion to dismiss on grounds of mootness.  Dkts. 27, 29.  The parties shall appear for a conference on April 6, 2026, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: March 20, 2026
      New York, New York                    JOHN P. CRONAN
                                  United States District Judge